# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>FIDEL PALACIOS-CRUZ &<br>ROSALIO PALACIOS-CRUZ<br>*Defendants*. | CRIMINAL CASE NOS.:<br>3:11-CR-00003-1 &<br>3:11-CR-00004-1<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The Defendants in the above-referenced criminal cases, Fidel Palacios-Cruz (Criminal Case No. 3:11-cr-00003-1) and Rosalio Palacios-Cruz (Criminal Case No. 3:11-cr-00004-1) were charged with and pleaded guilty to separate one-count informations alleging copyright infringement in violation of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1). On April 25, 2011, I sentenced the Defendants to terms of incarceration. I further ordered that they be held jointly and severally liable for restitution, in an amount to be determined within ninety-days. For the reasons set forth in the accompanying memorandum opinion, I conclude that the government has not met its burden of proving the loss sustained by any of the alleged victims, and therefore restitution is not awarded.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this  26th  day of April, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE